NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

E.R.,                                              )
                                                   )
        Appellant,                      )
                                                   )
v.                                                 )          Case No. 2D17-4180
                                                   )
STATE OF FLORIDA,                                  )
                                                   )
        Appellee.                       )
_____)

Opinion filed June 15, 2018.

Appeal from the Circuit Court for Polk
County; Mark Hofstad, Judge.

Howard L. Dimmig, II, Public Defender, and
Richard P. Albertine, Jr., Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney General,
Tampa, for Appellee.

PER CURIAM.

        Affirmed.

NORTHCUTT, KHOUZAM, and CRENSHAW, JJ., Concur.